*Feelued*

**FILED**

2008 JAN 30  A 10: 11

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J



1  Steven E. Chaykin, Esq.
   Florida Bar No. 224081
2  **AKERMAN SENTERFITT**
   SunTrust International Center
3  One S.E. Third Avenue, 25th Floor
   Miami, FL 33131-1704
4  Telephone: (305) 374-5600
   Facsimile: (305) 374-5095
5  E-Mail: steven.chaykin@akerman.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO.: CR-07-00788-JF-7 |
|---|---|
| Plaintiff, | |
| v. | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| AMIT M. EZYONI, et al., | |
| Defendants. | |

Pursuant to Civil L.R. 11-3, Steven E. Chaykin, an active member in good standing of the Bar of the State of Florida, is admitted to practice in the Southern, Northern and Middle Districts of Florida, U.S. Court of Appeals for the Eleventh and Fifth Circuits and U.S. Supreme Court, and hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Randy W. Goldberg, Defendant, in the above-entitled action.

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

1

3. An attorney who is a member of the Bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Michael S. Simon, Esq., Akerman Senterfitt, 725 South Figueroa Street, 38th Floor, Los Angeles, CA 90017-5438; telephone number (213) 533-5911 and e-mail address michael.simon@akerman.com.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 28, 2008.

_____
STEVEN E. CHAYKIN, ESQ.