**Filed**

JAN 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO.: CR-07-00788-JF-7 |
|---|---|
| Plaintiff, | (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| AMIT M. EZYONI, et al., | |
| Defendants. | |

Steven E. Chaykin, an active member in good standing of the Bar of the State of Florida, is admitted to practice in the Southern, Northern and Middle Districts of Florida, U.S. Court of Appeals for the Eleventh and Fifth Circuits and U.S. Supreme Court, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant, Randy W. Goldberg,

IT IS HEREBY ORDERED THAT the Application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the Application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1-30 2008.

HON. JEREMY FOGEL

1