Steven E. Chaykin, Esq.
Florida Bar No. 224081
**AKERMAN SENTERFITT**
SunTrust International Center
One S.E. Third Avenue, 25th Floor
Miami, FL 33131-1704
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
E-Mail: steven.chaykin@akerman.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>RANDY W. GOLDBERG,<br><br>Defendant. | CASE NO.: CR-07-00788-JF-7<br><br>**NOTICE OF APPEARANCE** |

Steven E. Chaykin, Esq., Michael S. Simon, Esq. and the law firm of Akerman Senterfitt hereby enter their appearance as counsel on behalf of the Defendant, Randy W. Goldberg, in the above-referenced case, and request that copies of all future orders, process, pleadings and other filings in this matter be served upon them by facsimile, U.S. Mail or electronic transmission at the numbers and address listed below.

////

////

NOTICE OF APPEARANCE

Respectfully submitted,

**AKERMAN SENTERFITT**
Counsel for Defendant, Randy W. Goldberg
SunTrust International Center
One S.E. Third Avenue, 25th Floor
Miami, FL 33131-1714
Telephone: 305.374.5600
Facsimile: 305.374.5095
Email: steven.chaykin@akerman.com

By: *s/Steven E. Chaykin (pro hac vice)*
    Steven E. Chaykin, Esq.
    Florida Bar No. 224081

and

Michael S. Simon, Esq.
Co-Counsel for Defendant, Randy W. Goldberg
**AKERMAN SENTERFITT**
725 South Figueroa Street, 38th Floor
Los Angeles, CA 90017-5438
Telephone: 213.533.5911
Facsimile: 213.627.6342
Email: michael.simon@akerman.com

NOTICE OF APPEARANCE

## PROOF OF SERVICE BY E-MAIL OR ELECTRONIC TRANSMISSION

STATE OF FLORIDA, COUNTY OF MIAMI-DADE

I am employed in the County of Miami-Dade, State of Florida; I am over the age of 18 years and not a party to this action. My business address is One S.E. 3rd Avenue, 25th Floor, Miami, Florida 33131-1714.

On February 5, 2008, I served the following document described as:

## NOTICE OF APPEARANCE

Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below:

**Jeffrey David Nedrow, Esq., US Attorney's Office**
**Lead Attorney for Plaintiff**
**Email Address: jeff.nedrow@usdoj.gov**

I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐   (State)         I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x]  (Federal)     I am a member of the Bar for the State of Florida and admitted *Pro Hac Vice* in the Northern District of California. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 5th, 2008, in Miami-Dade County, Florida.

*s/ Steven E. Chaykin (Pro Hac Vice)*