**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, February 6, 2008
**Case Number:** CR-07-00788-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     UNITED STATES OF AMERICA V. AMIT EZYONI, ET AL.

| PLAINTIFF | DEFENDANTS |
|---|---|
| United States | |
| | 7) Randy Goldberg |

**Attorneys Present:** Jeff Nedrow     **Attorneys Present:** Steven Chaykin

---

PROCEEDINGS:

Status review hearing held. Counsel and defendant is present. Continued to 4/2/08 at 10:00 a.m. for further status review. 56 days are excluded for the reasons stated.