# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDY W. GOLDBERG,<br><br>Defendant. | CASE NO.: CR-07-00788-JF/PVT-7<br><br><br>**ORDER MODIFYING CONDITIONS OF RELEASE** |

THIS CAUSE came before the Court on Defendant, Randy W. Goldberg's, Unopposed Motion to Modify Conditions of Release. The Court being advised that the United States Attorney's Office and Pre-Trial Services Officer concur with this Motion, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED:

1. The Defendant, Randy W. Goldberg's, Unopposed Motion to Modify Conditions of Release is hereby GRANTED.

2. Further, Mr. Goldberg's travel restrictions are hereby modified as follows: (1) The Defendant is permitted unlimited and unrestricted travel from Florida to Washington D.C. between April 17 and April 22, 2008, without further order of this Court; (2) Mr. Goldberg is permitted to travel from his place of residence in North Dade, Florida to Orlando for 4 nights prior to April 30, 2008, without further order of this Court; and (3) the curfew on Mr. Goldberg will be lifted between March 8 and March 9, 2008, for his travel from his place of residence to South Miami, Florida.

///

3. Mr. Goldberg is to provide his complete itinerary, dates of departure and return, his location and residence during his absence, and contact information to his pre-trial service officer.

DONE AND ORDERED this ___ day of March, 2008, in Chambers, in San Jose, California.

_____
PATRICIA V. TRUMBELL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to counsel of record.