# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO.: CR-07-00788-JF/PVT-7 |
|---|---|
| Plaintiff, | |
| v. | **ORDER MODIFYING CONDITIONS OF RELEASE** |
| RANDY W. GOLDBERG, | |
| Defendant. | |

THIS CAUSE came before the Court on Defendant, Randy W. Goldberg's, Unopposed Motion to Modify Conditions of Release. The Court being advised that the United States Attorney's Office and Pre-Trial Services Officer concur with this Motion, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED:

1. The Defendant, Randy W. Goldberg's, Unopposed Motion to Modify Conditions of Release is hereby GRANTED.

2. Further, Mr. Goldberg's travel restrictions are hereby modified as follows: (1) The Defendant is permitted unlimited and unrestricted travel from Florida to Washington D.C. between April 17 and April 22, 2008, without further order of this Court; (2) Mr. Goldberg is permitted to travel from his place of residence in North Dade, Florida to Orlando for 4 nights prior to April 30, 2008, without further order of this Court; and (3) the curfew on Mr. Goldberg will be lifted between March 8 and March 9, 2008, for his travel from his place of residence to South Miami, Florida.

///

1

ORDER MODIFYING CONDITIONS OF RELEASE

3. Mr. Goldberg is to provide his complete itinerary, dates of departure and return, his location and residence during his absence, and contact information to his pre-trial service officer.

DONE AND ORDERED this 29 day of Feb, 2008, in Chambers, in San Jose, California.

*PATRICIA V. TRUMBULL*
UNITED STATES MAGISTRATE JUDGE

Copies furnished to counsel of record.