Steven E. Chaykin, Esq.
Florida Bar No. 224081
**AKERMAN SENTERFITT**
SunTrust International Center
One S.E. Third Avenue, 25th Floor
Miami, FL 33131-1704
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
E-Mail: steven.chaykin@akerman.com

Attorneys for Defendant
Randy W. Goldberg

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR-07-00788-JF-7** |
| Plaintiffs, | The Hon. Judge Jeremy Fogel |
| v. | |
| RANDY W. GOLDBERG, | *EX PARTE* APPLICATION FOR WAIVER OF DEFENDANT'S PERSONAL APPEARANCE |
| Defendants. | |

The Defendant, Randy W. Goldberg, by and through his attorney, Steven E. Chaykin (*pro hac vice*), hereby applies to this Court for an Order under F.R.Cr.P. 43(c) waiving his personal appearance at the status hearing on April 2, 2008. Please find a proposed Order attached.

{1.A021056;1}

1

Respectfully submitted,


**AKERMAN SENTERFITT**
Counsel for Defendant, Randy W. Goldberg
SunTrust International Center
One S.E. Third Avenue, 25th Floor
Miami, FL 33131-1714
Telephone: 305.374.5600
Facsimile: 305.374.5095
Email: steven.chaykin@akerman.com

By: *s/Steven E. Chaykin (pro hac vice)*
    Steven E. Chaykin, Esq.
    Florida Bar No. 224081

and

Michael S. Simon, Esq.
Co-Counsel for Defendant, Randy W. Goldberg
**AKERMAN SENTERFITT**
725 South Figueroa Street, 38th Floor
Los Angeles, CA 90017-5438
Telephone: 213.533.5911
Facsimile: 213.627.6342
Email: michael.simon@akerman.com

{LA021056;1}

2

**[EX PARTE APPLICATION FOR WAIVER OF PERSONAL APPEARANCE**

1

**PROOF OF SERVICE BY E-MAIL OR ELECTRONIC TRANSMISSION**

2

3

STATE OF FLORIDA, COUNTY OF MIAMI-DADE

4

I am employed in the County of Miami-Dade, State of Florida; I am over the age of 18 years and not a party to this action. My business address is One S.E. 3rd

5

Avenue, 25th Floor, Miami, Florida 33131-1714.

6

On March 26, 2008, I served the following document described as:

7

***EX PARTE* APPLICATION FOR WAIVER OF PERSONAL APPEARANCE**

8

9

Based on a court order or an agreement of the parties to accept service by e-mail

10

or electronic transmission, I caused the documents to be sent to the persons at the e-

11

mail addresses (or fax numbers, if email not provided) listed below:

12

13

| | |
|---|---|
| Jeffrey David Nedrow, Esq., USAO<br>Lead Attorney for Plaintiff<br>jeff.nedrow@usdoj.gov | Edwin Ken Prather, Esq.<br>Lead Attorney for Asaf Nass, Defendant<br>eprather@clarencedyer.com |
| Garrick Sherman Lew, Esq.<br>Lead Attorney for Limor Gefen<br>gsl@defendergroup.com | Ronald Gainor, Esq.<br>Lead Attorney/*Pro Hac Vice* for Brandi C. Aycock<br>gains_2000@hotmail.com |
| Jerry Y. Fong, Esq.<br>Attorney for Brandi C. Aycock<br>jf@careyandcareylaw.com | Mark A. Arnold, Esq.<br>Lead Attorney to David R. Lamondin<br>Phone: 408-286-6320; Fax: 408-286-9155 |
| Michael D. Orenstein, Esq.<br>Lead Attorney to Matthew D. Sandomir<br>Phone: 954-963-0100; 954-963-2227 | Hugh Anthony Levine, Esq.<br>Lead Attorney to Stuart H. Sheinfeld<br>halesq@ix.netcom.com |
| Michael J. Sacks, Esq.<br>Lead Attorney to Carol Haeussler<br>Phone: 954-575-8691; Fax: 954-575-8041 | Lara Suzanne Vinnard, Esq.<br>Federal Public Defender<br>Lead Attorney to Christopher A. Sariol<br>lara_vinnard@fd.org |
| Vicki H. Young, Esq.<br>Lead Attorney to Eduardo A. Subirats<br>vickihyoung@yahoo.com | |

14
15
16
17
18
19
20
21
22
23
24
25

26

I did not receive, within a reasonable time after the transmission, any

27

electronic message or other indication that the transmission was unsuccessful.

28

{1.A021056;1}                                3

**[EX PARTE APPLICATION FOR WAIVER OF PERSONAL APPEARANCE**

1

❏    (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

2

[x]    (Federal) I am a member of the Bar for the State of Florida and admitted *Pro Hac Vice* in the Northern District of California. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

3

4

5

6

7    Executed on March 26, 2008, in Miami-Dade County, Florida.

8

9

10    *s/ Steven E. Chaykin (Pro Hac Vice)*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28