Steven E. Chaykin, Esq.
Florida Bar No. 224081
**AKERMAN SENTERFITT**
SunTrust International Center
One S.E. Third Avenue, 25th Floor
Miami, FL 33131-1704
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
E-Mail: steven.chaykin@akerman.com

Attorneys for Defendant
Randy W. Goldberg

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>RANDY W. GOLDBERG,<br><br>Defendants. | CR-07-00788-JF-7<br><br>The Hon. Judge Jeremy Fogel<br><br>[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR WAIVER OF DEFENDANT'S PERSONAL APPEARANCE |

UPON APPLICATION of the Defendant, Randy W. Goldberg, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Randy W. Goldberg's personal appearance at the status hearing date of April 2, 2008 is hereby waived under F.R.Cr.P. 43(c).

{LA021053;1}                                                                 1

**[PROPOSED] ORDER GRANTING WAIVER OF PERSONAL APPEARANCE**

1   IT IS SO ORDERED.

2

3

4   DATED:_____, 2008.   _____
                             HON. JEREMY FOGEL,
5                            UNITED STATES DISTRICT COURT JUDGE

{LA021053;1}

2

[PROPOSED] ORDER GRANTING WAIVER OF PERSONAL APPEARANCE