Steven E. Chaykin, Esq.
Florida Bar No. 224081
**AKERMAN SENTERFITT**
SunTrust International Center
One S.E. Third Avenue, 25th Floor
Miami, FL 33131-1704
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
E-Mail: steven.chaykin@akerman.com

Attorneys for Defendant
Randy W. Goldberg

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>RANDY W. GOLDBERG,<br><br>Defendants. | CR-07-00788-JF-7<br><br>The Hon. Judge Jeremy Fogel<br><br>DECLARATION OF COUNSEL IN SUPPORT OF *EX PARTE* APPLICATION FOR WAIVER OF DEFENDANT'S PERSONAL APPEARANCE |

I, Steven E. Chaykin, declare:

1. I am an attorney at law, admitted to practice in the Northern District of California on a *pro hac vice* basis. I am lead counsel for Defendant, Randy W. Goldberg, in the above-captioned matter.

2.  Mr. Goldberg lives in Florida. Because the appearance on April 2, 2008 is for a status hearing, he has requested that his personal appearance be waived. The cost and time of traveling to San Jose would create a hardship on Mr. Goldberg for a hearing in which his presence is not necessary.

3.  I spoke with Assistant U.S. Attorney Jeffrey Nedrow, who advised me that he has no objection to excusing Mr. Goldberg's appearance on April 2, 2008.

4.  Under F.R.Cr.P. 43(c), a Defendant need not be present when the proceeding involves only a conference or hearing upon a question of law.

5.  Accordingly, I respectfully request that the Court grant Mr. Goldberg's request to be excused from the April 2, 2008 hearing.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is made on March 26, 2008 in Miami-Dade, County, Florida.

Respectfully submitted,

**AKERMAN SENTERFITT**
Counsel for Defendant, Randy W. Goldberg
SunTrust International Center
One S.E. Third Avenue, 25th Floor
Miami, FL 33131-1714
Telephone: 305.374.5600
Facsimile: 305.374.5095
Email: steven.chaykin@akerman.com

By: *s/Steven E. Chaykin (pro hac vice)*
Steven E. Chaykin, Esq.
Florida Bar No. 224081

{LA021057;1}                     2
**DECLARATION OF COUNSEL IN SUPPORT OF EX PARTE APPLICATION FOR WAIVER OF PERSONAL APPEARANCE**

1
2           and
3           Michael S. Simon, Esq.
            Co-Counsel for Defendant, Randy W.
4           Goldberg
            **AKERMAN SENTERFITT**
5           725 South Figueroa Street, 38th Floor
            Los Angeles, CA 90017-5438
6           Telephone: 213.533.5911
            Facsimile: 213.627.6342
7           Email: michael.simon@akerman.com
8
9
...
28

{LA021057;1}                    3
**DECLARATION OF COUNSEL IN SUPPORT OF EX PARTE APPLICATION FOR WAIVER OF PERSONAL APPEARANCE**

**PROOF OF SERVICE BY E-MAIL OR ELECTRONIC TRANSMISSION**

STATE OF FLORIDA, COUNTY OF MIAMI-DADE

I am employed in the County of Miami-Dade, State of Florida; I am over the age of 18 years and not a party to this action. My business address is One S.E. 3rd Avenue, 25th Floor, Miami, Florida 33131-1714.

On March 26, 2008, I served the following document described as:

**DECLARATION OF COUNSEL IN SUPPORT OF EX PARTE APPLICATION FOR WAIVER OF PERSONAL APPEARANCE**

Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses (or fax numbers, if email not provided) listed below:

| | |
|---|---|
| Jeffrey David Nedrow, Esq., USAO<br>Lead Attorney for Plaintiff<br>jeff.nedrow@usdoj.gov | Edwin Ken Prather, Esq.<br>Lead Attorney for Asaf Nass, Defendant<br>eprather@clarencedyer.com |
| Garrick Sherman Lew, Esq.<br>Lead Attorney for Limor Gefen<br>gsl@defendergroup.com | Ronald Gainor, Esq.<br>Lead Attorney/*Pro Hac Vice* for Brandi C. Aycock<br>gains_2000@hotmail.com |
| Jerry Y. Fong, Esq.<br>Attorney for Brandi C. Aycock<br>jf@careyandcareylaw.com | Mark A. Arnold, Esq.<br>Lead Attorney to David R. Lamondin<br>Phone: 408-286-6320; Fax: 408-286-9155 |
| Michael D. Orenstein, Esq.<br>Lead Attorney to Matthew D. Sandomir<br>Phone: 954-963-0100; 954-963-2227 | Hugh Anthony Levine, Esq.<br>Lead Attorney to Stuart H. Sheinfeld<br>halesq@ix.netcom.com |
| Michael J. Sacks, Esq.<br>Lead Attorney to Carol Haeussler<br>Phone: 954-575-8691; Fax: 954-575-8041 | Lara Suzanne Vinnard, Esq.<br>Federal Public Defender<br>Lead Attorney to Christopher A. Sariol<br>lara_vinnard@fd.org |
| Vicki H. Young, Esq.<br>Lead Attorney to Eduardo A. Subirats<br>vickihyoung@yahoo.com | |

I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

❑ (State)    I declare under penalty of perjury under the laws of the State of

{LA021057;1}    4

**DECLARATION OF COUNSEL IN SUPPORT OF EX PARTE APPLICATION FOR WAIVER OF PERSONAL APPEARANCE**

California that the above is true and correct.

[x]  (Federal) I am a member of the Bar for the State of Florida and admitted *Pro Hac Vice* in the Northern District of California. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 26, 2008, in Miami-Dade County, Florida.

*s/ Steven E. Chaykin (Pro Hac Vice)*

{LA021057;1}                                    5

**DECLARATION OF COUNSEL IN SUPPORT OF EX PARTE APPLICATION FOR WAIVER OF PERSONAL APPEARANCE**