STEVEN E. CHAYKIN (Florida Bar No. 224081)
steven.chaykin@akerman.com
AKERMAN SENTERFITT LLP
SunTrust International Center
One S.E. Third Avenue, 25th Floor
Miami, FL 33131-1704
Telephone: (305) 374-5600
Facsimile: (305) 374-5095

Attorneys for Defendant
Randy W. Goldberg

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDY W. GOLDBERG,<br><br>Defendant. | Case No.:   CR-07-00788-JF/PVT-7<br>The Hon. Judge Jeremy Fogel<br><br>**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**<br><br>Date:      TBD<br>Time:      TBD<br>Courtroom: _____ |

Defendant Randy W. Goldberg, through undersigned counsel, files this Unopposed Motion to Modify Conditions of Release and, as grounds therefore, states as follows:

1. Mr. Goldberg was arrested on January 17, 2008, pursuant to the indictment in this case charging him with multiple counts of wire and mail fraud and conspiracy to engage in money laundering.

2. Mr. Goldberg was subsequently released on bond pursuant to a pre-trial release order setting certain conditions, among which included travel restrictions and a curfew. Since being released Mr. Goldberg has complied fully and

{LA025512;1}                                    - 1 -

1 satisfactorily with all of the conditions of his bond.

2   3.   By this unopposed motion, Mr. Goldberg seeks permission of the Court to allow Mr. Goldberg to exceed his curfew by three (3) hours on the evening of Friday, August 1, 2008, so that he can attend a local concert in Miami, Florida, where he currently resides, along with his family.

   4.   Mr. Goldberg's counsel has discussed this request with AUSA Jeffrey Nedrow and his pre-trial services officer in Miami, along with a pre-trial services officer in San Jose. Neither the pre-trial services officer assigned to Mr. Goldberg, in San Jose or Miami, nor Mr. Nedrow have any objection to this request for limited modification of the terms of Mr. Goldberg's release. All other conditions of his release will remain in effect.

   WHEREFORE, Mr. Goldberg respectfully requests entry of an Order modifying the terms of his release and bond to allow him to exceed curfew, as set forth above, conditioned on him providing notice to the pre-trial services officer prior to the event and such other information as requested by the pre-trial services officer.

DATED: July 28, 2008

Respectfully submitted,

AKERMAN SENTERFITT LLP
SunTrust International Center
One S.E. Third Avenue,
25th Floor
Miami, FL 33131-1704
Telephone: 305.374.5600
Facsimile: 305.374.5095
Email: steven.chaykin@akerman.com

By: *s/Steven E. Chaykin (pro hac vice)*
Steven E. Chaykin, Esq.
Florida Bar No. 224081

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

and

Michael S. Simon, Esq.
California Bar No. 144038
Co-Counsel
AKERMAN SENTERFITT
725 South Figueroa Street
38th Floor
Los Angeles, CA 90017
Telephone: 213.688-9500
Fax: 213.627-6342
Email: michael.simon@akerman.com

{LA025512;1}

- 3 -

# PROOF OF SERVICE BY E-MAIL OR ELECTRONIC TRANSMISSION

STATE OF FLORIDA, COUNTY OF MIAMI-DADE

I am employed in the County of Miami-Dade, State of Florida; I am over the age of 18 years and not a party to this action. My business address is One S.E. 3rd Avenue, 25th Floor, Miami, Florida 33131-1714.

On July 28, 2008, I served the following document(s) described as:

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses (or fax numbers, if email not provided) listed below:

| | |
|---|---|
| Jeffrey David Nedrow, Esq., USAO<br>Lead Attorney for Plaintiff<br>jeff.nedrow@usdoj.gov | Edwin Ken Prather, Esq.<br>Lead Attorney for Asaf Nass, Defendant<br>eprather@clarencedyer.com |
| Garrick Sherman Lew, Esq.<br>Lead Attorney for Limor Gefen<br>gsl@defendergroup.com | Ronald Gainor, Esq.<br>Lead Attorney/*Pro Hac Vice* for Brandi C. Aycock<br>gains_2000@hotmail.com |
| Jerry Y. Fong, Esq.<br>Attorney for Brandi C. Aycock<br>jf@careyandcareylaw.com | Mark A. Arnold, Esq.<br>Lead Attorney to David R. Lamondin<br>Tel: 408-286-6320; Fax: 408-286-9155 |
| Michael D. Orenstein, Esq.<br>Lead Attorney to Matthew D. Sandomir<br>Tel: 954-963-0100;<br>Fax: 954-963-2227 | Hugh Anthony Levine, Esq.<br>Lead Attorney to Stuart H. Sheinfeld<br>halesq@ix.netcom.com |
| Michael J. Sacks, Esq.<br>Lead Attorney to Carol Haeussler<br>Phone: 954-575-8691;<br>Fax: 954-575-8041 | Lara Suzanne Vinnard, Esq.<br>Federal Public Defender<br>Lead Attorney to Christopher A. Sariol<br>lara_vinnard@fd.org |
| Vicki H. Young, Esq.<br>Lead Attorney to Eduardo A. Subirats | |

{LA025512;1}                                          4

vickihyoung@yahoo.com

I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (State) I declare under penalty of perjury under the laws of the State of Florida that the above is true and correct.

☒ (Federal) I am a member of the Bar for the State of Florida and admitted Pro Hac Vice in the Northern District of California. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 28, 2008, in Miami-Dade County, Florida.

*s/ Steven E. Chaykin (Pro Hac Vice)*

{LA025512;1}                              5

UNOPPOSED MOTION TO MODIFY
CONDITIONS OF RELEASE