1  AKERMAN SENTERFITT LLP
   STEVEN E. CHAYKIN (Florida Bar No. 224081)
2  steven.chaykin@akerman.com
   SunTrust International Center
3  One S.E. Third Avenue, 25th Floor
   Miami, FL  33131-1704
4  Telephone: (305) 374-5600
   Facsimile:  (305) 374-5095
5
   Attorneys for Defendant
6  Randy W. Goldberg

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,          Case No.:    CR-07-00788-JF/PVT-7
                                       The Hon. Judge Jeremy Fogel
13            Plaintiff,
                                       **ORDER MODIFYING
14  v.                                 CONDITIONS OF RELEASE**

15  RANDY W. GOLDBERG,

16            Defendant.

17

18       THIS CAUSE came before the Court on Defendant Randy W. Goldberg's

19  Unopposed Motion to Modify Conditions of Release.  The Court being advised that

20  the United States Attorney's Office and Pre-Trial Services Officer concur with this

21  Motion, and being otherwise fully advised in the premises, it is hereby

22       ORDERED AND ADJUDGED:

23       1.    That Defendant Randy W. Goldberg's Unopposed Motion to

24  Modify Conditions of Release is hereby GRANTED.

25       2.    Further, Mr. Goldberg is permitted to exceed his curfew by three

26  (3) hours on the evening of Friday, August 1, 2008 so that he can attend a concert in

27  Miami, Florida.

28  {LA025513;1}                        1

1             3.    Mr. Goldberg is to notify his pre-trial service officer prior to the

2    event.

3            DONE AND ORDERED this ___ day of July, 2008, in Chambers, in San Jose,

4    California.

5

6                                    _____

7                                    PATRICIA V. TRUMBULL
                                UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{LA025513;1}

2

ORDER MODIFYING CONDITIONS OF RELEASE