AKERMAN SENTERFITT LLP
STEVEN E. CHAYKIN (Florida Bar No. 224081)
steven.chaykin@akerman.com
SunTrust International Center
One S.E. Third Avenue, 25th Floor
Miami, FL 33131-1704
Telephone: (305) 374-5600
Facsimile: (305) 374-5095

Attorneys for Defendant
Randy W. Goldberg

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR-07-00788-JF/PVT-7 |
|---|---|
| Plaintiff, | The Hon. Judge Jeremy Fogel |
| v. | **ORDER MODIFYING CONDITIONS OF RELEASE** |
| RANDY W. GOLDBERG, | |
| Defendant. | |

THIS CAUSE came before the Court on Defendant Randy W. Goldberg's Unopposed Motion to Modify Conditions of Release. The Court being advised that the United States Attorney's Office and Pre-Trial Services Officer concur with this Motion, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED:

1. That Defendant Randy W. Goldberg's Unopposed Motion to Modify Conditions of Release is hereby GRANTED.

2. Further, Mr. Goldberg is permitted to exceed his curfew by three (3) hours on the evening of Friday, August 1, 2008 so that he can attend a concert in Miami, Florida.

{LA025513;1}   1

3. Mr. Goldberg is to notify his pre-trial service officer prior to the event.

DONE AND ORDERED this 29 day of July, 2008, in Chambers, in San Jose, California.

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE