1

2

3                                   UNITED STATES DISTRICT COURT

4                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                                           SAN JOSE DIVISION

6

7

8     UNITED STATES OF AMERICA,                    Case Number CR-07-00788-JF
               Plaintiff,
      V.                                                Status Hearing
9
      AMIT EZYONI, ET AL,                             August 13, 2008
10              Defendant.
                                                    CLERK'S NOTICE
11    _____

12

13    To all Parties and Attorneys of Record:

14    The status hearing set on August 6, 2008 is continued to August 13, 2008 at 10:00 a.m.

15    before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th

16    floor of the U.S. District Court, 280 S. First St., San Jose, California.

17

18    August 1, 2008                             For the Court
                                                 Richard W. Wieking, Clerk
19

20                                               By:_____/s/_____
                                                 Diana Munz
21                                               Courtroom Deputy Clerk

22

23

24

25

26

27

28