Ryan Roman, Esq.
Florida Bar No. 0025509
   ryan.roman@akerman.com
**AKERMAN SENTERFITT LLP**
SunTrust International Center
One S.E. Third Avenue, 25th Floor
Miami, FL 33131-1704
Telephone: (305) 374-5600
Facsimile: (305) 374-5095

Attorneys for Defendant
Randy W. Goldberg

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RANDY W. GOLDBERG,<br><br>    Defendant. | Case No. CR-07-00788-JF-7<br>The Hon. Jeremy Fogel<br><br>***EX PARTE* APPLICATION FOR WAIVER OF DEFENDANT'S PERSONAL APPEARANCE** |

The Defendant, Randy W. Goldberg, by and through his attorney, Ryan Roman (*pro hac vice* being prepared),[1] hereby applies to this Court for an Order under F.R.Cr.P. 43(c) waiving his personal appearance at the status hearing on

///

///

---

[1] Counsel for Mr. Goldberg, Steven E. Chaykin, passed away unexpectedly on July 30, 2008 in a tragic hiking accident. Undersigned counsel is preparing the paperwork for admission *pro hac vice* in the Northern District of California at this time.

August 13, 2008.  Please find a proposed Order attached.

                                        Respectfully submitted,

**AKERMAN SENTERFITT**
Counsel for Defendant Randy W. Goldberg
SunTrust International Center
One S.E. Third Avenue, 25th Floor
Miami, FL  33131-1714
Telephone: 305.374.5600
Facsimile: 305.374.5095
Email: ryan.roman@akerman.com

By: *s/Ryan Roman*_____
    Ryan Roman, Esq.
    Florida Bar No. 0025509

and

Michael S. Simon, Esq.
Co-Counsel for Defendant Randy W. Goldberg
**AKERMAN SENTERFITT**
725 South Figueroa Street, 38th Floor
Los Angeles, CA 90017-5438
Telephone: 213.533.5911
Facsimile: 213.627.6342
Email: michael.simon@akerman.com

{M2716206;1}      2

**PROOF OF SERVICE BY E-MAIL OR ELECTRONIC TRANSMISSION**

STATE OF FLORIDA, COUNTY OF MIAMI-DADE

I am employed in the County of Miami-Dade, State of Florida; I am over the age of 18 years and not a party to this action. My business address is One S.E. 3rd Avenue, 25th Floor, Miami, Florida 33131-1714.

On August 12, 2008, I served the following document described as:

***EX PARTE* APPLICATION FOR WAIVER OF PERSONAL APPEARANCE**

Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses (or fax numbers, if email not provided) listed below:

| | |
|---|---|
| Jeffrey David Nedrow, Esq., USAO<br>Lead Attorney for Plaintiff<br>jeff.nedrow@usdoj.gov | Edwin Ken Prather, Esq.<br>Lead Attorney for Asaf Nass, Defendant<br>eprather@clarencedyer.com |
| Garrick Sherman Lew, Esq.<br>Lead Attorney for Limor Gefen<br>gsl@defendergroup.com | Ronald Gainor, Esq.<br>Lead Attorney/*Pro Hac Vice* for Brandi C. Aycock<br>gains_2000@hotmail.com |
| Jerry Y. Fong, Esq.<br>Attorney for Brandi C. Aycock<br>jf@careyandcareylaw.com | Mark A. Arnold, Esq.<br>Lead Attorney to David R. Lamondin<br>Phone: 408-286-6320; Fax: 408-286-9155 |
| Michael D. Orenstein, Esq.<br>Lead Attorney to Matthew D. Sandomir<br>Phone: 954-963-0100; 954-963-2227 | Hugh Anthony Levine, Esq.<br>Lead Attorney to Stuart H. Sheinfeld<br>halesq@ix.netcom.com |
| Michael J. Sacks, Esq.<br>Lead Attorney to Carol Haeussler<br>Phone: 954-575-8691; Fax: 954-575-8041 | Lara Suzanne Vinnard, Esq.<br>Federal Public Defender<br>Lead Attorney to Christopher A. Sariol<br>lara_vinnard@fd.org |
| Vicki H. Young, Esq.<br>Lead Attorney to Eduardo A. Subirats<br>vickihyoung@yahoo.com | |

I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

❑   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

{M2716206;1}                                   3

| | | |
|---|---|---|
| **[X]** | (Federal) | I am a member of the Bar for the State of Florida and am preparing an application for admission *Pro Hac Vice* in the Northern District of California. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. |

Executed on August 12, 2008, in Miami-Dade County, Florida.

*s/ Ryan Roman*