Ryan Roman, Esq.
Florida Bar No. 0025509
  ryan.roman@akerman.com
**AKERMAN SENTERFITT**
SunTrust International Center
One S.E. Third Avenue, 25th Floor
Miami, FL 33131-1704
Telephone: (305) 374-5600
Facsimile: (305) 374-5095

Attorneys for Defendant
Randy W. Goldberg

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiffs,<br><br>v.<br><br>RANDY W. GOLDBERG,<br><br>            Defendants. | **Case No. CR-07-00788-JF-7**<br>The Hon. Jeremy Fogel<br><br>[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR WAIVER OF DEFENDANT'S PERSONAL APPEARANCE |

   UPON APPLICATION of the Defendant, Randy W. Goldberg, and good cause appearing therefore,

   IT IS HEREBY ORDERED that Defendant Randy W. Goldberg's personal appearance at the status hearing date of August 13, 2008 is hereby waived under F.R.Cr.P. 43(c).

   IT IS SO ORDERED.


DATED:_____, 2008.          _____
                              HON. JEREMY FOGEL,
                              UNITED STATES DISTRICT COURT JUDGE

{M2716209;1}                       1