MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5045
   Facsimile: (408) 535-5066
   Email:   jeff.nedrow@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07–00788-LHK |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS INDICTMENT |
| v. | SETTING DATE FOR MOTION HEARING |
| RANDY GOLDBERG, et al., | |
| Defendants. | |

    The United States, through its counsel Jeff Nedrow, and defendant Randy Goldberg, through his counsel Samuel J. Rabin, Jr., hereby agree and stipulate to the following briefing schedule with respect to defendant Goldberg's motion to dismiss the indictment. The reason for this schedule is that the United States needs approximately 30 days to respond to the motion to dismiss, as its response will require the ordering and review of numerous transcripts of prior status conferences in this case. Accordingly, the parties propose the following schedule:

    The United States shall file its opposition by February 15, 2012.

    Defendant shall a reply if he wishes to do so by February 29, 2012.

    The parties shall submit the matter to the Court's discretion with respect to the scheduling

of a hearing.

It is so stipulated.

Respectfully submitted,

MELINDA HAAG
UNITED STATES ATTORNEY

January 17, 2012
_____/s/_____
JEFFREY D. NEDROW
Assistant U.S. Attorney

January 17, 2012
_____/s/_____
SAMUEL J. RABIN, JR.
Attorney for Randy Goldberg

## **ORDER**

Based on the stipulation of the parties and the facts set forth herein, and good cause appearing,

IT IS HEREBY ORDERED that the parties shall file their pleadings with respect to defendant Goldberg's motion to dismiss pursuant to the following briefing schedule:

The United States shall file its opposition by February 15, 2012.

Defendant shall a reply if he wishes to do so by February 29, 2012.

~~The Court will schedule further hearings as appropriate upon the submission of the pleadings~~. The hearing on this motion is hereby set for March 21, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated this \_\_18th\_\_ day of January, 2012.

_____
LUCY H. KOH
United States District Judge