SAMUEL J. RABIN, JR., P.A.
Samuel J. Rabin, Jr., Esq.
Florida Bar No. 273831
Eastern National Bank Building
799 Brickell Plaza, Suite № 606
Miami, FL 33131
Telephone: (305) 358-1064
Facsimile: (305) 372-1644
Email: sjr@miamilawyer.com

Attorney for Defendant

*Rejected. Defendant must refile with sources for each jury instruction.*

*4/13/12*

*Lucy H. Koh*
*U.S. District Judge*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiffs,* <br> v. <br> RANDY W. GOLDBERG, <br> *Defendant.* | CASE № CR-07-00788-LHK <br><br> **DEFENDANT GOLDBERG'S PROPOSED JURY INSTRUCTIONS** |

The Defendant, RANDY GOLDBERG, by and through his undersigned counsel, respectfully files his list of proposed jury instructions[1] in the instant cause.

**1. PRELIMINARY INSTRUCTIONS**

**1.1 DUTY OF JURY**

Jurors: You now are the jury in this case, and I want to take a few minutes to tell you about your duties as jurors and to give you some preliminary instructions. At the end of the trial I will give you more detailed [written] instructions that will control your deliberations.

When you deliberate, it will be your duty to weigh and to evaluate all the evidence

---

[1] MR. GOLDBERG reserves the right to file amended and additional jury instructions, including a theory of defense instruction.