*Rejected.*
*Exhibit list is too vague. Defendant must refile with specific document names and bates numbers.*

4/13/12

*Lucy H. Koh*
U.S. District Judge

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

UNITED STATES OF AMERICA,

v

RANDY GOLDBERG, et. al.   CASE NUMBER: CR-07-00788-LHK

## PRELIMINARY DEFENSE EXHIBIT LIST

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|
| Lucy Koh | | | Jeffrey Nedrow | Samuel J. Rabin, Jr. |
| TRIAL DATE(S) | | | COURT REPORTER | COURTROOM DEPUTY |
| August 6, 2012 | | | | |

| PLF NO. | DEF. NO. | MARKED | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | RG 1 | | | | Right of First Refusal Agreements for all Carriers |
| | RG 2 | | | | Complaint and Settlement Agreement with National Van Lines |
| | RG 3 | | | | NMN Employee Manuals |
| | RG 4 | | | | NMN Customer Contract |
| | RG 5 | | | | NMN Website Materials |
| | RG 6 | | | | Estimator Training Materials |
| | RG 7 | | | | Loss of Production Policy |
| | RG 8 | | | | Account Statements from Bank of America |
| | RG 9 | | | | Account Statements from American Express |
| | RG10 | | | | Correspondence Between Attorney's for NMN and AY |
| | RG11 | | | | AY Customer Files and Documents |
| | RG 12 | | | | Documents related to DOT and FMCSA investigations of NMN |
| | RG13 | | | | NMN Customer Files and Documents |
| | RG 14 | | | | NMN Data Collection Materials |
| | RG 15 | | | | NMN Employee Personnel Documents |
| | RG 16 | | | | NMN Counseling Record |
| | RG 17 | | | | NMN Attention All NMN Sales Staff Re Jobs Booked |

19483882.1