MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
JEFFREY B. SCHENK (CABN 234355)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail:    jeff.nedrow@usdoj.gov
                jeffrey.b.schenk@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00788-LHK |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING |
| v. | |
| RANDY GOLDBERG, | |
| Defendant. | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing date in the above-captioned matter, presently scheduled for Wednesday, November 14, 2012, at 9:00 a.m., be continued to Wednesday, February 6, 2013, at 9:00 a.m.

//

//

//

1

The continuance has been requested because counsel for the government and for the defendant need additional time to prepare for sentencing. Additionally, the United States Probation Office has been contacted and has no objection to this continuance.

DATED: November 6, 2012                  MELINDA HAAG
United States Attorney

___/s/_____
JEFF SCHENK
Assistant United States Attorney

___/s/_____
SAM RABIN
Attorney for Defendant

## **ORDER**

The parties have jointly requested a continuance of the sentencing hearing set for November 14, 2012.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing presently set for November 14, 2012 be continued to February 6, 2013 at 9:00 a.m.

IT IS SO ORDERED.

DATED: 11/6/12

_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE