UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FILED
FEB 6 2014
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiffs,*<br>v.<br>RANDY W. GOLDBERG,<br>*Defendant.* | CASE NO. CR-07-00788-LHK<br><br>~~PROPOSED~~ ORDER ~~GRANTING~~ **DENY**<br>UNOPPOSED MOTION TO<br>CONTINUE SENTENCING |

~~THIS CAUSE came before the Court on Defendant RANDY W. GOLDBERG'S Unopposed Motion to Continue Sentencing, and the Court having reviewed the Court file and having been otherwise fully advised in the premises, it is~~

~~ORDERED and ADJUDGED that the Defendant's motion is hereby GRANTED, and the Defendant's sentencing hearing presently scheduled for February 26, 2014 is hereby continued until _____.~~

~~DONE and ORDERED this ____ day of _____, in Chambers, in San Jose, California.~~

Dated:_____

_____
LUCY H. KOH
United States District Judge

This is a 2007 case. Defendant pled guilty on August 1, 2012, more than 18 months ago. Defendant's motion is DENIED. Sentencing will proceed on February 26, 2014.

Date February 6, 2014

*Lucy H. Koh*
U.S. District Judge