1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JEFFREY D. NEDROW (CABN 161299)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5045
7      FAX: (408) 535-5066
       jeff.nedrow@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No.: CR 07-00788-LHK |
|---|---|
| Plaintiff, | ) |
| v. | ) AMENDED STIPULATION AND [PROPOSED] |
|  | ) FINAL ORDER OF RESTITUTION |
| RANDY GOLDBERG, | ) |
| Defendant. | ) |

The United States, through its counsel Jeff Nedrow, and defendant Randy Goldberg, through his counsel Sam Rabin, hereby stipulate to the entry of a final order of restitution in the amount of $812,899.26. The restitution shall be allocated as specified in the attached worksheet.

The United States Probation Office has had the opportunity to review this stipulation and its attached worksheet, and the parties have been informed that the assigned Probation Officer concurs with the restitution amount and the victim allocation.

//

//

//

STIPULATION RE: ORDER OF RESTITUTION

It is so stipulated.       MELINDA HAAG
              UNITED STATES ATTORNEY

Dated: May 20, 2014     _____/s/_____
              JEFFREY D. NEDROW
              Assistant United States Attorney

Dated: May 20, 2014     _____/s/_____
              SAM RABIN
              Attorney for Randy Goldberg

STIPULATION RE: ORDER OF RESTITUTION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 07-00788-LHK |
| Plaintiff, | |
| v. | FINAL ORDER RE: RESTITUTION |
| RANDY GOLDBERG, | |
| Defendant. | |

For the reasons set forth above in the stipulation between the parties, it is hereby ordered that the final restitution in this place shall be $812,899.26 as to Randy Goldberg in this case. This restitution amount is ordered jointly and severally with the other defendants in this case. The restitution shall be allocated as specified in the attached worksheet.

In light of this restitution order, the May 21, 2014 restitution hearing in this matter is vacated as to defendant Goldberg.

IT IS SO ORDERED.

Dated this  20th day of May, 2014.

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

STIPULATION RE: ORDER OF RESTITUTION

| Last Name | First Name | Loss Amount |
|---|---|---|
| (Eshleman) Lewis | Michele | $3,600.00 |
| Abbey | Bethany | $1,013.00 |
| Aceves | Jose | $1,301.00 |
| Adams | Dan | $1,295.84 |
| Agosto [DECEASED] | Agripina | $2,700.00 |
| Aguero | Migdalia | $2,940.00 |
| Aiesi | Chris | $319.00 |
| Albertini | Patricia | $1,139.00 |
| Alexander | Earl | $608.00 |
| Alexander (McDonald) | Michele | $837.00 |
| Alexander | Monica | $490.00 |
| Alger | Miranda | $2,400.00 |
| Allen | Bonnie | $1,820.00 |
| Allred | Jerry | $1,392.00 |
| Alton | Julian | $1,472.00 |
| Anderson | Dawn | $387.50 |
| Anderson | LaResa | $634.00 |
| Anderson | Mark | $1,222.00 |
| Anderson | Opal | $780.00 |
| Andre-Byman | Aimee | $1,185.00 |
| Aneja | Ritu | $247.00 |
| Antalick | Mary | $4,492.80 |
| Apfel | Ronnie | $1,104.48 |
| Aragon | Francisco | $1,036.75 |
| Areopagita | Amanda | $792.00 |
| Arkestyn | John | $3,679.00 |
| Aultman | Ema | $1,125.00 |
| Austin | Timothy | $1,209.00 |
| Averion | Maria C. | $1,907.93 |
| Ayers | Troy and Jennifer | $1,280.00 |
| Bailey | Teria | $400.50 |
| Barlow-Cogar | Deborah | $1,231.25 |
| Barney | Mary Lou | $1,279.70 |
| Barrett | Honi A. Bean/Paul D. | $806.00 |
| Barrett | Curtis | $1,600.00 |
| Barszcz | Helen | $2,688.00 |
| Bates | Linda | $1,218.60 |
| Baumgarten | Barbara | $2,455.20 |
| Bayolo | Sharon | $2,930.50 |
| Belanger | Elizabeth | $339.00 |
| Benjie | Annah | $316.00 |
| Berret (Robustelli) | Taylor | $5,166.00 |
| Berteaux | Tyson | $304.00 |
| Billinger | Susan | $1,003.20 |

| Last Name | First Name | Loss Amount |
|---|---|---|
| Bires | Kenneth | $2,960.00 |
| Blair | Tawny Blair & Gary Dobbins | $4,200.00 |
| Blake | Patrick | $1,320.00 |
| Blalock | Gene | $1,242.00 |
| Blancarte | Cruz | $769.86 |
| Bodager | Sheri | $1,898.00 |
| Boebel (Decrane) | Allison | $656.00 |
| Bollman | Patricia | $2,004.00 |
| Bond | Dr. Alma | $1,613.00 |
| Booze (Copeland) | Valerie | $912.00 |
| Bove | Patrick | $1,399.00 |
| Bowersox | Ryan | $702.00 |
| Braun | Lorinda | $1,115.40 |
| Bricker | Andrew and Karen | $988.00 |
| Briggs | Jeremy | $714.00 |
| Briner | Suzanne | $3,031.60 |
| Britton | Maria | $1,471.00 |
| Broadway | Burnell | $1,040.00 |
| Brooks | Evonne | $1,142.00 |
| Brooks | Henry | $285.00 |
| Brown | Carol | $1,579.00 |
| Brown | Nikki | $282.80 |
| Brown | Roderick S | $384.80 |
| Brown | Theron & Rosalind | $600.31 |
| Brown-Martinez | Shannon | $1,393.00 |
| Bryant | Robert | $1,624.00 |
| Bucklew | Baire | $1,656.00 |
| Buotte | Irene and James | $2,113.20 |
| Burgen | Yvette | $1,465.00 |
| Burtanger | Donna | $3,800.00 |
| Butt | Tariq | $2,389.00 |
| Bynum | Barbara | $335.00 |
| Cain | Doris | $3,931.00 |
| Campbell | Lisa | $384.00 |
| Canipe | Susan Chase/Darrell | $1,749.50 |
| Capaloi | Cristina | $220.48 |
| Caplan | Randy | $1,250.60 |
| Cardillo | Daniel | $426.00 |
| Carithers | Ernest | $1,259.00 |
| Carleton | Dan I | $337.00 |
| Carlson | Sheri S | $300.00 |
| Carpenter [DECEASED] | Carolyn | $1,210.00 |
| Carter | Bryant Carter & Gary Sanders | $403.00 |
| Carter | Charles and Charlotte | $1,698.00 |

| Last Name | First Name | Loss Amount |
|---|---|---|
| Casey | Erin | $1,710.00 |
| Chaballa | Patricia A. | $1,650.00 |
| Chandler (Adams) | Erin | $416.00 |
| Chappell | Barbara | $227.00 |
| Chappell [DECEASED] | Melvin | $466.00 |
| Cheseborough | Lynnette | $1,140.00 |
| Childs | Diane | $321.00 |
| Chou | Dennis | $431.00 |
| Cintron | Carlos A. | $150.00 |
| Clapper | Cathleen | $1,015.00 |
| Clark | Kathleen D. | $1,500.00 |
| Clinton | Larry | $430.00 |
| Clough | Chad | $287.00 |
| Cole | Brett | $1,266.00 |
| Cole | Tina | $1,240.00 |
| Coleman | Jove | $1,424.80 |
| Collins | Jessica | $827.00 |
| Colon | Maira | $281.00 |
| Comstock | Jennifer | $287.00 |
| Conley | Sharon | $384.00 |
| Cook | Maureen Cook & Leroy Hoelck | $1,127.00 |
| Cooley | Shannon C. | $274.25 |
| Cooper | Lisa | $3,464.50 |
| Corbin | Christopher | $356.00 |
| Cormier | Donna/Michael | $1,856.40 |
| Cortez | Gilberto | $582.00 |
| Council | Stephanie | $908.60 |
| Courtney | Donna | $586.00 |
| Covington [DECEASED] | Helen M | $684.40 |
| Crabtree | Martha | $270.00 |
| Crawford | Suzanne | $2,804.00 |
| Creech | William | $6,031.00 |
| Cribbs | Amber | $617.00 |
| Crutcher | Mark | $961.00 |
| Cunningham | Michael | $1,079.00 |
| Cutrona | Frank | $3,411.00 |
| Danieski | Lori Ann | $1,183.40 |
| Dassler | Bruce | $1,198.40 |
| Daugherty | Rick | $1,739.00 |
| Davis | Michael and Holly | $1,846.00 |
| Deleon | Michael | $414.00 |
| Delevan | Sybil [Deceased] | $1,366.00 |
| Denning | Gina | $674.00 |
| Deonier | Rachel | $291.00 |

*Victim List*  U.S. v. Ezyoni, et al.
Case No. 07-CR-00788

4 of 14

| Last Name | First Name | Loss Amount |
|---|---|---|
| Depew | Kelly | $1,216.80 |
| Dianawati | Yanni | $1,177.00 |
| Dickman | Pam | $386.40 |
| Dobbertin | Melissa | $1,030.00 |
| Dolan | Deborah | $1,480.00 |
| Donan | LeeAnn | $1,808.87 |
| Dreisbach | Carrie | $858.00 |
| DuPlooy | Grant | $3,344.00 |
| Dugay | Melissa | $689.00 |
| Duggan | Frank | $520.00 |
| Dunn | Robert | $1,445.00 |
| Dunsmore | Chutima | $270.00 |
| Edmond | Jacqueline | $524.80 |
| Edwards | Brandon | $458.00 |
| Edwards | James | $2,145.00 |
| Ely | Dinah J | $1,122.00 |
| Endres | Cristin J | $1,953.00 |
| Epperly (Mountain) | Kelly | $1,004.50 |
| Essig | Phillip | $399.00 |
| Evans | Cheryl | $1,536.00 |
| Fahrenz | Barbie | $388.00 |
| Falcone | Ruth | $4,118.00 |
| Fang | Lei | $2,696.00 |
| Farris | Tom | $933.50 |
| Felices | Caroline | $4,629.00 |
| Feliciano | Ana | $361.00 |
| Fergus | Michael | $1,306.00 |
| Fernandez | Ernesto A. | $862.00 |
| Fetty | Helen | $1,539.70 |
| Figueroa | Luz C. | $1,521.00 |
| Fine | Erik | $1,110.00 |
| Fisahick | Mike | $1,947.40 |
| Fisher | Jeff | $2,762.00 |
| Fluck | Brian | $632.25 |
| Foley | Edward | $1,140.00 |
| Foley | Stephanie | $852.00 |
| Ford | Keith | $4,228.00 |
| Ford | Sheva | $1,025.00 |
| Fortes | John/Patricia | $1,574.80 |
| Fortune | Nick | $286.00 |
| Foster | Michael S. | $1,961.00 |
| Francois | Shelley B | $1,630.20 |
| Franklin | Darla | $1,795.00 |
| Fredrickson | Louise | $535.80 |

| Last Name | First Name | Loss Amount |
|---|---|---|
| Freund | Shellie | $2,776.00 |
| Friend | Earl | $2,164.00 |
| Fromme | Ben | $690.00 |
| Gabehart | James M. | $2,099.81 |
| Galandak | Lorna | $1,512.00 |
| Gallant | Andrew W. | $324.87 |
| Galli | Pete | $2,329.00 |
| Ganoung | Doreen | $922.00 |
| Gardella | Mary | $1,467.00 |
| Gardenhire | Wendi | $668.00 |
| Gardner | Scott | $1,110.00 |
| Geer | Daniel | $721.00 |
| Geres | Mark/Judy | $870.00 |
| Giganti | Adam/Linda | $697.00 |
| Gigler | Pilar | $2,388.00 |
| Gillispie | Phyllis | $1,546.00 |
| Girgis | Patricia | $1,094.00 |
| Godby | Sarah | $2,262.00 |
| Goddard | Terry | $1,837.00 |
| Goldstein | Nikki | $1,700.00 |
| Gomez | Gene | $306.00 |
| Gomez | Humberto | $1,233.00 |
| Goulart | Donna | $1,278.00 |
| Graham | Dia | $669.60 |
| Graham [DECEASED] | Felix | $3,148.00 |
| Grant | John L | $357.50 |
| Greene | LaTanya | $1,782.00 |
| Greer | Jessica | $231.00 |
| Grieb | John | $424.80 |
| Griffiths | Brent | $787.00 |
| Gross | Brandon Lee | $780.00 |
| Gross | Randy | $450.00 |
| Grow | Michael | $1,341.00 |
| Groys | Maya | $979.60 |
| Guillory | Linda | $4,200.00 |
| Gulati | Manvi | $904.50 |
| Gulli | Pete | $2,329.00 |
| Gunnarson | Kristin | $337.00 |
| Gutierrez | Jesus and Angie | $1,665.66 |
| Guzman | Carlos | $338.00 |
| Gwiazda (Massa) | Christine M | $869.20 |
| Haas | Bryan | $1,635.00 |
| Hall | Katheleen | $446.16 |
| Hamby | John | $495.80 |

| Last Name | First Name | Loss Amount |
|---|---|---|
| Hamilton | Barry | $802.00 |
| Hanghoj | Karen | $826.00 |
| Hanson | Scott | $704.00 |
| Harbaugh | Amy | $2,006.00 |
| Harris | Betty | $502.20 |
| Harris | Donald | $4,008.00 |
| Harrison | Wallace | $1,343.60 |
| Hartshorn | Michael | $743.00 |
| Hatcher | Amy | $369.60 |
| Hatfield (Richards) | Candice Lynn | $703.00 |
| Haver | Stephanie | $306.00 |
| Hawksley | Rebecca/John | $243.00 |
| Hays | Larry | $1,404.00 |
| Heath (Heap) | Brian | $372.00 |
| Heinz | John | $4,302.00 |
| Hening | Wayne | $956.93 |
| Hensley | Sally | $1,353.00 |
| Hermandez | Sarah | $420.00 |
| Herrera | Byron | $1,355.00 |
| Hession | Mariclaire / Scott Landman | $212.00 |
| Hetrick | James | $2,220.00 |
| Heydt | Adam | $458.00 |
| Hiebner | Mary | $968.20 |
| Hill | Theresa | $201.50 |
| Hinkle | Heather | $993.00 |
| Hoang | Minh | $1,467.80 |
| Hoare | Tanya H. | $624.00 |
| Hobson | John A | $1,341.00 |
| Hodge | Alex | $502.00 |
| Hoelck | Leroy | $1,127.00 |
| Hoffman | Debbie | $510.00 |
| Hoffman | Rolland | $1,590.00 |
| Holland | Milford | $852.00 |
| Holloway | Matthew | $907.00 |
| Holoch | Kylee | $375.00 |
| Holtz | Daniel M | $7,384.00 |
| Holzer | Todd | $930.00 |
| Honey | Susan | $2,478.00 |
| Howard | David V. | $1,362.40 |
| Hoyt | Michael [DECEASED] | $2,761.00 |
| Hudson | David | $2,080.70 |
| Humphrey | Charles | $243.00 |
| Hurst | Tamatha | $754.00 |
| Idrogo | John | $1,240.00 |

| Last Name | First Name | Loss Amount |
|---|---|---:|
| Inboden | Chad & Nicole Dennison | $1,352.00 |
| Irizarry (Alicea) | Maxine/Jose | $972.84 |
| Jacob | Burk | $2,246.50 |
| Jacobs | Heather | $795.60 |
| Jenkins | Bebe | $968.00 |
| Jenkins | Logan | $423.00 |
| Jensen | Chris | $3,426.00 |
| Jinnah | Sharri | $1,185.60 |
| Johnson | Debra | $2,788.63 |
| Johnson | Jaclyn Holly | $1,256.00 |
| Johnson | John | $714.75 |
| Johnson | Ken & Debbie | $2,130.00 |
| Johnson [DECEASED] | Kim | $1,199.00 |
| Johnson | Robert A | $220.40 |
| Jones | Pamela | $2,542.00 |
| Jones | Alicia M. | $2,117.00 |
| Jones | William | $338.00 |
| Jordan | Kathleen | $424.00 |
| Joseph | Keith B | $1,215.00 |
| Jovoni | John & Carmen | $616.00 |
| Kabra | Sunil | $428.00 |
| Kangiser | Danielle and Aaron | $739.00 |
| Karlen | Johan | $1,346.00 |
| Kassab | David | $2,943.38 |
| Kaur | Harminder | $2,214.00 |
| Kearney | Laura | $684.40 |
| Keilson [DECEASED] | Lillian (Rifka) | $426.00 |
| Keller | Kimberly | $3,100.00 |
| Kelley | Michael | $275.00 |
| Kepko | Sandra | $773.81 |
| Khan | Bozena Bo | $7,908.13 |
| Kidwell | Carmen | $900.00 |
| King | Kevin S. | $741.25 |
| Kirik | Kelcey | $355.00 |
| Kittredge | Melanie | $1,170.00 |
| Knight | Janis | $3,448.40 |
| Knowles | Julie K | $2,426.00 |
| Knox | Jewells | $1,516.00 |
| Koc | Constance | $767.00 |
| Kolleck | Nora | $1,196.00 |
| Kondos | Daniel Kondos & Eric Johnson | $1,448.00 |
| Kondrath | Chris | $1,310.40 |
| Kost | Edward | $1,027.00 |
| Kratochvil | Chuck | $559.00 |

*Victim List*  U.S. v. Ezyoni, et al.
Case No. 07-CR-00788

8 of 14

| Last Name | First Name | Loss Amount |
|---|---|---|
| Krause | Benjamin | $351.00 |
| Krueger | Nancy | $4,073.00 |
| Kuhwald | Caitlin | $382.00 |
| Kuisle | Heather | $2,721.00 |
| Kujawski | Bryan | $904.80 |
| Kukreja | Arisara | $1,064.00 |
| Kutrubes | Peter | $2,349.00 |
| Labovitz | Eric | $829.00 |
| Laghaee | Shahin | $1,768.00 |
| Lahmann | Brian | $725.00 |
| Lam | Rebecca | $1,092.00 |
| Lam | Tuan | $1,361.00 |
| Landon | Dena | $283.86 |
| Langford | Heather | $1,312.00 |
| Lappe | Stephen | $645.00 |
| Larsen | Martin E | $1,672.00 |
| Lauten | Daniel | $755.00 |
| Lavu | Sudhir | $736.00 |
| LeBlanc | Glenn | $499.20 |
| Leavitt | Joe | $1,030.00 |
| Lee | Jeanne | $838.00 |
| Lee | Nancy | $216.80 |
| Lehr | Kurtis/Carol | $719.80 |
| Leijon | Stefan | $3,500.00 |
| Leman | Sandra | $1,392.00 |
| Lequin | Wendie | $1,729.00 |
| Leuin | Barbara | $538.00 |
| Leza | Vikki | $1,869.00 |
| Lin | Ching-Ye | $643.50 |
| Lobar | Saige/Lance | $369.00 |
| Logan | Barry | $3,247.00 |
| Lombardi | Leo | $657.00 |
| Loomis | Roger | $769.56 |
| Lopez | Whitney | $1,692.00 |
| Loving | Linda  [DECEASED] | $2,254.00 |
| Lowe | Dean [DECEASED] | $318.00 |
| Lu | Mei | $599.00 |
| Lunde | Diana | $2,848.00 |
| Lynch | Patsy | $2,242.00 |
| Macallair | Marilyn J | $2,895.60 |
| Mackellar | Bryant | $821.00 |
| Macy | Jeanna | $2,688.00 |
| Madden | Bobbi | $817.40 |
| Madigan | Tracey | $1,547.00 |

| Last Name | First Name | Loss Amount |
|---|---|---|
| Maeng | Clarence | $1,575.00 |
| Maher | Donald P | $1,889.00 |
| Malhi | Jasbinder | $2,337.00 |
| Mamey | Donna M. | $1,477.00 |
| Manuel | Judith L | $378.00 |
| Marcello | Ernest | $534.00 |
| Marjanovich | Jela | $176.00 |
| Marsh | Sean | $3,705.00 |
| Marshall | Steve | $600.00 |
| Martarano | Monica | $1,825.00 |
| Martinez | Miguel | $1,772.00 |
| Martins | Carlos and Tina | $847.00 |
| Mason | Daran and Sissy | $594.00 |
| Mason | Sarah | $790.00 |
| Matheus | Juan | $423.00 |
| Matthews | Kathy | $1,638.00 |
| Maxwell | Lucy | $967.00 |
| Maxwell | Sonia | $2,684.00 |
| May | Andrew | $311.00 |
| May | Kimberlee | $704.00 |
| Mayes | Keith | $228.80 |
| McCabe | Susan | $211.00 |
| McClure | Amber | $394.60 |
| McCurdy | Farrell | $2,000.00 |
| McCurdy | Mary | $2,190.00 |
| McGee | Ron and Lesley | $1,241.00 |
| McLeod | Ryan | $251.60 |
| McLoud | Cody | $749.00 |
| McQueen | John | $2,144.00 |
| Mckee | Hugh and Martha | $1,769.60 |
| Melsheimer | Douglas | $205.00 |
| Menard | Phyllis | $622.20 |
| Menendez | Vickie | $828.00 |
| Merdinger | Valerie and Marc | $5,368.75 |
| Meredith | Ross E. | $3,359.13 |
| Merseth | Monique | $1,909.00 |
| Mesina | Roxanne | $1,193.00 |
| Michael | Donna | $928.00 |
| Michailidis | Margaret | $705.00 |
| Miljkovic | Vesna | $240.00 |
| Miller | Hank | $2,092.00 |
| Miller | James | $2,072.60 |
| Miller | Robert | $2,029.20 |
| Miller | Robert and Jeanne | $965.00 |

| Last Name | First Name | Loss Amount |
|---|---|---|
| Mills | Antonia | $249.00 |
| Mizuba | Karen | $858.00 |
| Moazzez | Amir | $320.00 |
| Mora | Tony | $1,599.00 |
| Moriarty | Jane | $946.00 |
| Muir | Kevin | $1,428.00 |
| Mule | Aaron | $822.96 |
| Muntean | Felician | $1,008.00 |
| Mushrush | Jerry | $1,487.00 |
| Myers | Michael | $2,189.60 |
| Nadauld | James | $1,380.00 |
| Nader | Michael | $1,710.00 |
| Nader | JoEllen | |
| Nank | Tim D. | $2,000.00 |
| Narad | Vanessa | $371.80 |
| Neiderhiser | Joshua | $636.50 |
| Nejame-Cintron | Stephanie | $2,348.38 |
| Nelly | Thomas Nelly & Matt Russo | $1,002.00 |
| Nelson (nee: Lear) | Margie | $1,000.00 |
| Newby | Rene | $7,688.00 |
| Nguyen | Roger | $364.00 |
| Nicastro | Oswaldo | $1,622.00 |
| Nichols | Mary | $224.00 |
| Nicolosi | Lisa | $1,607.00 |
| Noyes | Nicole | $733.00 |
| O'Marde | Keisha | $434.00 |
| O'Neil | Marian | $587.80 |
| Oberbauer | Laura E. | $947.00 |
| Olayisade | Adebanji | $499.00 |
| Olowecki | Dvorah | $1,590.00 |
| Olsson | Dawn / Craig | $4,000.00 |
| Ouch | Mardi | $682.00 |
| Pace | Melissa | $1,642.00 |
| Pacheco | Yennis | $1,547.60 |
| Page | Tamara | $360.00 |
| Page | Thomas | $1,680.00 |
| Parker | Sharon | $1,233.00 |
| Parque | Michelle | $1,115.40 |
| Patel | Shetal & Dharmesh | $786.00 |
| Patton | Mary Lee | $1,020.00 |
| Pearl | Joshua | $545.60 |
| Percin | Janette | $296.00 |
| Perkins | Linda | $495.00 |
| Perovich | Michelle | $351.78 |

| Last Name | First Name | Loss Amount |
|---|---|---|
| Peterson | Beverly | $1,945.00 |
| Petty | Chris | $3,474.60 |
| Phillips | Marcia T. | $1,433.81 |
| Piazza | Richard | $688.00 |
| Piepkorn | Lucas | $1,149.00 |
| Pierce | Pamala | $2,832.00 |
| Pinto | Patricio | $1,975.00 |
| Pirela | Yolanda | $530.00 |
| Podbielski | Ann Mary | $858.00 |
| Polite | Francine | $1,352.00 |
| Pond | Joshua & Brooke | $795.00 |
| Potischman | David & Julie | $465.00 |
| Proffitt | Beverley & Roy | $524.00 |
| Quinlan | Richard | $1,359.00 |
| Randall | Natie | $435.00 |
| Rank | Dane & Kaori | $1,209.00 |
| Rasheed | Saleem | $599.00 |
| Raskind | Amy | $434.00 |
| Raywood | Raum | $2,576.00 |
| Reed | Andre | $800.00 |
| Reef | Danny | $2,352.00 |
| Reid | James Todd | $1,149.00 |
| Renteria | Alfredo | $2,153.00 |
| Reynolds | Judy | $2,523.00 |
| Riley | Patrick | $2,275.00 |
| Roberts | Angela | $996.00 |
| Roberts | Edward | $1,516.00 |
| Roberts | Michael (& Nicole) | $1,185.00 |
| Robinson | Joan [DECEASED] | $1,875.00 |
| Robinson | Theodore | $2,752.00 |
| Rochette | Dawn | $2,870.40 |
| Rock | William/Deborah | $1,045.48 |
| Rodrigues | Andrea | $679.00 |
| Rogers | Cara | $2,034.00 |
| Rondan | Esli | $381.00 |
| Roth | Jennifer | $1,614.80 |
| Rouhani | Ramin & Tracy | $1,005.00 |
| Rowe | Nita | $2,072.00 |
| Ruffin | Jill E | $3,035.20 |
| Rugama | Ileana | $1,548.00 |
| Ruggero | Amy Ruggero & Daniel Hoffen | $395.00 |
| Runk | Prema [DECEASED] | $1,044.00 |
| Ruskell | Judy | $756.00 |
| Ryan | Jennifer | $869.20 |

| Last Name | First Name | Loss Amount |
|---|---|---|
| Samy | Azam Y | $1,060.00 |
| Sarno | Omar | $2,717.00 |
| Saroufim | Rabih | $2,717.00 |
| Sauer | John & Megan | $357.00 |
| Sava | Jill | $1,560.00 |
| Scarpaci | Joe & Michael | $394.00 |
| Schmidt | Shelly | $770.00 |
| Schooley | Joan | $418.00 |
| Schroeder | Arthur | $1,943.00 |
| Schroyer | Lori | $3,155.00 |
| Schulz | Kerry [DECEASED] | $257.00 |
| Schwartz | Christine | $2,842.00 |
| Segovia | Kimberly | $699.00 |
| Sell | Sherri | $294.00 |
| Shannon | Christopher | $582.00 |
| Sharma | Anand | $444.00 |
| Sharp | Tony | $496.00 |
| Shaw | Eric | $1,332.00 |
| Shelman | Amy | $2,408.00 |
| Sheriff | Haya | $2,369.00 |
| Shifflet | Charles | $978.00 |
| Shore | Rachel | $372.00 |
| Shur | April | $696.00 |
| Sierra | Veronica | $2,045.00 |
| Silovich | Joseph | $1,825.20 |
| Simpson | William | $1,027.00 |
| Singh | Ajit | $2,000.00 |
| Singh | Sudeep | $5,740.00 |
| Sjoberg | Laura | $772.00 |
| Slagle | Sherry | $298.00 |
| Smit | Walter M. | $1,530.00 |
| Smith | Calvin | $3,566.00 |
| Smith | Carol | $3,403.00 |
| Smith | Michael | $1,982.00 |
| Smith | Shara | $2,698.00 |
| Smith | Terri | $1,890.00 |
| Smolinski (nee: Casey) | Erin | $1,710.00 |
| Soifer | Jason | $2,183.00 |
| Solomon | Frieda [DECEASED] | $1,441.44 |
| Song | Moonyoung | $1,265.00 |
| Southward | Areta | $1,346.40 |
| Spangle | Seth | $388.00 |
| Spanko | Paul | $3,200.00 |
| Spencer | Ian | $1,356.00 |

| Last Name | First Name | Loss Amount |
|---|---|---|
| Sperrazza | Michael | $3,639.00 |
| Stabnow | Kaoru | $1,008.80 |
| Stevens | Cindy | $1,499.00 |
| Stevens | Pamela | $4,100.00 |
| Stevenson | Derik | $2,028.00 |
| Stone | Linda F | $2,096.00 |
| Stone | Pat | $632.00 |
| Storey | Homer C | $1,157.00 |
| Stowe | Steven & Tammy | $297.00 |
| Strachota | Andrew | $608.00 |
| Strunk | Morgan | $514.30 |
| Stuhl | Michael | $657.80 |
| Stull | Gerald | $614.00 |
| Suba | Diane | $293.00 |
| Swaye | Gary | $1,091.00 |
| Sweet | Lisa & Terry | $1,833.00 |
| Taft | Tiffany | $924.00 |
| Tan | Delia | $496.00 |
| Taugherty | Rick | $1,738.80 |
| Tavtigian | Richard | $979.00 |
| Taylor | Tiffani | $372.00 |
| Teixeira | Sherri | $1,049.00 |
| Temple | Megan | $1,434.00 |
| Terman | Alex | $1,160.00 |
| Tetter | Merle L | $497.00 |
| Thompson | Gretchan | $361.00 |
| Thurston | Maggie | $2,364.00 |
| Timm | Brian Timm & Nicole Klemp | $408.00 |
| Toliver | Holly | $876.00 |
| Tomozoyk | Johan | $1,789.00 |
| Tran | Phong | $1,785.00 |
| Trepel | Joseph | $343.20 |
| Trimm | Suzan T. [DECEASED] | $740.00 |
| Truong | Phong D. | $491.00 |
| Tucker | Clyde | $418.20 |
| Urbaitis | Barbara | $729.00 |
| Van Cott | Julie | $1,876.00 |
| Van Doorn | Richard | $1,560.62 |
| Van Wie | Audra J | $700.00 |
| Vanhoven | Kathleen | $198.00 |
| Vargus / Bassett | Raymond / Lori | $420.00 |
| Vasquez | Tina M. | $476.00 |
| Vinson | Rick | $195.00 |

*Victim List*     **U.S. v. Ezyoni, et al.**
**Case No. 07-CR-00788**

| Last Name | First Name | Loss Amount |
|---|---|---|
| Vought | Tim | $2,240.00 |
| Walker | George | $3,182.00 |
| Walker | Laura | $1,419.00 |
| Walsh | Donna L. | $614.00 |
| Wang | Wells | $541.00 |
| Washington | Hisani | $1,856.00 |
| Wayne | Jerry | $303.24 |
| Weems | Rita | $2,770.00 |
| Wells | Shellee/Daniel | $3,651.00 |
| Wendland | Theresa | $2,200.00 |
| Werner | Danell | $338.00 |
| White | Frederick G. | $1,064.00 |
| White | Kathy | $2,148.52 |
| Whitney | Kevin | $287.00 |
| Wiezorek | Catherine | $650.00 |
| Wilkins | Laraine [DECEASED] | $1,765.00 |
| Williams | Vanessa | $777.60 |
| Williamson | Brian | $1,279.00 |
| Winger | Nancy | $493.30 |
| Winter | Joseph | $1,745.00 |
| Wohlstattar | Katie | $1,004.64 |
| Won | Mijin | $1,012.40 |
| Wood | Kathleen Marie | $508.40 |
| Wynnn | Sylvester | $1,134.00 |
| Yarra | Sumanth | $262.00 |
| Yeo | David | $2,050.00 |
| Yeomans | Damian | $2,111.40 |
| Yount | Vicki | $648.00 |
| Zeger | John/Diane | $1,692.00 |
| Ziel | Barbara Ellen | $1,630.00 |
| Ziomek | Jennifer | $1,180.00 |
| Zong | Shiping | $1,520.00 |
| Zscheile | Brook | $321.00 |