# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiffs*,<br>v.<br>RANDY W. GOLDBERG,<br>*Defendant*. | CASE NO. CR-07-00788-LHK<br><br>**PROPOSED ORDER GRANTING UNOPPOSED MOTION TO DISCHARGE CASH APPEARANCE BOND** |

THIS CAUSE came before the Court on Defendant RANDY W. GOLDBERG'S Unopposed Motion to Discharge Cash Appearance Bond, and the Court having reviewed the Court file and having been otherwise fully advised in the premises, it is

ORDERED and ADJUDGED that the Defendant's motion is hereby GRANTED. Accordingly, the cash appearance bond deposited with the Registry of the United States District Court for the Southern District of Florida, bearing receipt № 220749, in the amount of thirty thousand ($30,000.00) dollars, is hereby discharged, and paid to Sarah Stevens.

DONE and ORDERED this 17th day of June, 2014, in Chambers, in San Jose, California.

Dated: 6/17/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge